# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

Woodrow W. Mitchell Jr
_____
_____
(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO._____

Cargill Foods
_____
_____
(Name of defendant or defendants)


## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for
employment discrimination.  Jurisdiction is specifically conferred on the Court by
42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Woodrow Wilson Mitchell Jr
                    (name of plaintiff)

is a citizen of the United States and resides at 8952 Johnston
                                                  (street address)

Cordova                     USA                    Tenn
(city)                      (country)              (state)

38016                                   901-624-4605
(zip code)                              (telephone number)

Revised 4-18-08

3. Defendant _CARGILL_

   (defendant's name)

lives at, or its business is located at _____ _2330 Buoy_

   (street address)

_MEMPHIS TENN._ _38113_

4. Plaintiff sought employment from the defendant or was employed by the defendant at

_2330 Buoy_

   (street address)

| _MEMPHIS_ | _USA_ | _TENN._ | _38113_ |
|-----------|-------|---------|---------|
| (city)    | (country) | (state) | (zip code) |

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about _21_    _8_    _2011_

   (day)       (month)       (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _N.A_

   (day)       (month)       (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _28_    _12_    _2011_

   (day)       (month)       (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on _22_  _4_  _2013_. (Attach a copy of the notice to this complaint.)

   (day) (month) (year)

9. Because of plaintiff's  (1) _✓_ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5)___ national origin, defendant

   (a) ____ failed to employ plaintiff.

   (b) _✓_ terminated plaintiff's employment.

   (c) ____ failed to promote plaintiff.

   (d) ____ _____

   _____

   _____

   _____

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: I WAS TERMINATED FOR VIOLATION OF Co. Policy A WHITE Employee AND I WAS IN VERBAL MISCONDUCT EARLER THAT A WHITE Co-WORKER AND A Black Employee WAS INVOLVED IN SAME CONDUCT. WHITE Employee Violate Policy WITH INAPPROPIATE LANGUAGE. No Action WAS TAKEN AGAINST Him. An INVESTIGATION WAS DONE BUT STILL No ACTION I HAVE IN MY POSSESION RECORDS AND STATEMENT To Prove CHARGES. WILL PROVIDE ON REQUEST. IT IS My Belief UNCONSCIONABLE DISPARITY WAS USED IN JUDGEMENT.

_____

_____

_____

11. The acts set forth in paragraph 9 of this complaint

    (a) _____ are still being committed by defendant.

    (b) _____ are no longer being committed by defendant.

    (c) __✓__ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) _____ Defendant be directed to employ plaintiff, or

    (b) __✓__ Defendant be directed to re-employ plaintiff, or

    (c) _____ Defendant be directed to promote plaintiff, or;

    (d) __✓__ Defendant be directed to PROVIDE APPROPRIATE RELIEF AND COMPENSATION

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.    I would like to have my case tried by a jury. Yes (✓) No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08



STATE OF TENNESSEE
DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF EMPLOYMENT SECURITY

# SEPARATION NOTICE

1. Employee's Name: Woodrow      Mitchell      2. SSN _____ 788 _____
      *First*      *Middle Initial*      *Last*

3. Last Employed: From: 08/11/97   to   08/21/11     Occupation: ___ Operator ___

4. Where was work performed?   2330 Buoy Street; Memphis, TN  38113

5. Reason for Separation:    ☐ Lack of Work    ☑ Discharge    ☐ Quit

     If lack of work, indicate if layoff is    ☐ Permanent    ☐ Temporary

     If temporary, when do you expect to recall this individual? _____
                                                  *Date*

     If other than lack of work, explain the circumstances of this separation:

> JUST CAUSE

6. Employee received:    ☐ Wages in Lieu of Notice     ☐ Separation Pay     ☑ Vacation Pay

     In the amount of $ ___ 2,558.40 ___ for period from _____ to _____

Employer's Name: ___ Cargill, Inc ___

Address where additional information may be obtained:

P.O. Box 13368
          *(Street or RFD)*

City: Memphis    State: TN   Zip Code: 38113

Employer's Telephone Number: (901) 775-5908
     *(Area Code)*       *(Number)*

## EMPLOYER'S ACCOUNT NUMBER

> 41017680

*(Number shown on State Quarterly Wage Report (LB-0851) and Premium Report (LB-0456)*

I certify that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

*Mislisia A. Ton*

*Signature of Official or Representative of the Employer who has first-hand knowledge of the separation.*

Human Resources Coordinator
*Title of Person Signing*

8/22/11
*Date Completed and Released to Employee*

## NOTICE TO EMPLOYER

Within 24 hours of the time of separation, you are required by Rule 0560-1-1-02 of the Tennessee Employment Security Law to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on LB-0810, please give complete information in your response.

## NOTICE TO EMPLOYEE
**TAKE THIS NOTICE TO THE LABOR AND WORKFORCE DEVELOPMENT OFFICE IF YOU WISH TO FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

LB-0489(R.1/04)                                            RDA N/A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **490-2012-00616** |

**Tennessee Human Rights Commission** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Woodrow W. Mitchell** | **(901) 624-4605** | _ _-1952 |

| Street Address | City, State and ZIP Code |
|---|---|
| **8952 Johnston Street, Cordova, TN 38016** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **CARGILL FOODS** | **500 or More** | **(901) 775-5800** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2330 Buoy, Memphis, TN 38113** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **08-21-2011** | **08-21-2011** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was discharged from my job as a machine operator on August 21, 2011. I was employed since August 11, 1997.

The reason given for my discharge just cause. I was charged with threatening a contract electrician.

Several months prior to me being charged with this offense, a white co-worker threatens a black female with physical harm and not discharged.

I believe that I was discriminated against, and discharged because of my race, black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

DEC 2 8 2011

| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
|---|---|
| **Dec 28, 2011** | |
| Date | |
| Charging Party Signature | 12/28/2011 |

EEOC Form 161 (11/09)                    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  **Woodrow W. Mitchell**<br>**8952 Johnston Street**<br>**Cordova, TN 38016** | From:  **Memphis District Office**<br>**1407 Union Avenue**<br>**Suite 901**<br>**Memphis, TN 38104** |

☐  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **490-2012-00616** | **Dwight V. Johnson,**<br>**Investigator** | **(901) 544-0164** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other *(briefly state)*

- NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Dwight Johnson for*

Enclosures(s)

**Katharine W. Kores,**
**Director**

APR 2 2 2013

*(Date Mailed)*

cc:     **Al Sufka**
        **Senior Lawyer**
        **CARGILL**
        **P.O. Box 5624**
        **Minneapolis, MN 55440**

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



## U.S. Equal Employment Opportunity Commission
### Memphis District Office

1407 Union Avenue
Suite 901
Memphis, TN 38104
(901) 544-0119
TDD: 1-800-669-6820
Fax: (901) 544-0111
1-800-669-4000

Respondent: CARGILL FOODS
EEOC Charge No.: 490-2012-00616
FEPA Charge No.:

December 28, 2011

Woodrow W. Mitchell
8952 Johnston
Cordova, TN 38016

Dear Mr. Mitchell:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)
[   ]   The Age Discrimination in Employment Act (ADEA)
[   ]   The Americans with Disabilities Act (ADA)
[   ]   The Equal Pay Act (EPA)
[   ]   The Genetic Information Nondiscrimination Act (GINA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

Please be aware that we will send a copy of the charge to Tennessee Human Rights Commission Andrew Johnson Tower 710 James Robertson Pkwy Nashville, TN 37243 as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Dwight V. Johnson
Investigator
(901) 544-0164

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov