IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WOODROW W. MITCHELL, JR., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CARGILL FOODS, )<br>)<br>    Defendant. ) | No. 2:13-cv-02505-JPM-cgc |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, filed July 11, 2014.  (ECF No. 21.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED,** this 14th day of July, 2014.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE