IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WOODROW W. MITCHELL, JR., <br><br>    Plaintiff, <br><br> v. <br><br> CARGILL FOODS, <br><br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 2:13-cv-02505-JPM-cgc <br> ) <br> ) <br> ) <br> ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed July 9, 2013, the parties having stipulated to the dismissal of this action,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal with Prejudice (ECF No. 22), all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

July 14, 2014
Date